IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10990
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRED ZAPATA GUERRERO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:98-CR-80-2
--------------------
June 13, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Fred Zapata Guerrero appeals his sentence following a guilty-plea conviction for possession of stolen firearms in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

This court reviews the sentencing judge's application of the sentencing guidelines de novo and accepts the sentencing judge's findings of fact unless they are clearly erroneous. United States v. Rodriquez-Guzman, 56 F.3d 18, 20 (5th Cir. 1995).

Guerrero argues that a 1988 aggravated-assault offense should not be used to calculate his base offense level under

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.S.G. § 2K2.1 because he was given deferred adjudication for the offense.  He argues that, because the deferred adjudication has not been finally adjudicated, it should not be counted as a conviction under § 2K2.1.  We have previously determined that a deferred adjudication can be used when calculating a defendant's base offense level under § 2K2.1.  United States v. Stauder, 73 F.3d 56, 57 (5th Cir. 1996).

Guerrero admits that he is aware of Stauder, but he urges this court to overrule its opinion in that case.  One panel of this court may not overrule the decision of a prior panel in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. Burge v. Parish of St. Tammany, 187 F.3d 452, 466 (5th Cir. 1999).  Therefore, Guerrero's request that this court revisit the decision in Stauder is without merit, and the judgment of the district court is AFFIRMED.